*January 12, 1932.*

SCHUCHARDT, Appellant, vs. MASSACHUSETTS BONDING & INSURANCE COMPANY, Respondent.

For the appellant: *Gooding & Gooding* of Fond du Lac.
For the respondent: *Michael Levin* of Milwaukee.

*By the Court.*—Judgment affirmed.

SCHLETTER and wife, Appellants, vs. HELD GROSS & HELD, INC., and others, Respondents.

For the appellants: *Edwin W. Knappe* of Milwaukee.
For the respondents: *David J. Berk* of Milwaukee, attorney; and *Henry Lockney* of Waukesha of counsel.

*By the Court.*—Judgment affirmed.

HARTMANN and wife, Appellants, vs. MILWAUKEE ELECTRIC RAILWAY & LIGHT COMPANY, Respondent.

For the appellants: *Carl Heim* of Milwaukee.
For the respondent: *Shaw, Muskat & Sullivan* of Milwaukee.

*By the Court.*—Judgment affirmed.